CASREF

# U.S. District Court
## Western District of Kentucky (Louisville)
## CIVIL DOCKET FOR CASE #: 3:15–cv–00894–JHM–CHL

House v. Janssen Pharmaceuticals, Inc. et al
Assigned to: Chief Judge Joseph H. McKinley, Jr.
Referred to: Magistrate Judge Colin H. Lindsay
Cause: 28:1332 Diversity–Personal Injury

Date Filed: 12/22/2015
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health
Care/Pharmaceutical Personal Injury Product
Liability
Jurisdiction: Diversity

**Plaintiff**

**Anna House**                    represented by    **Alex C. Davis**
Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
502–882–6000
Fax: 502–587–2007
Email: alex@jonesward.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jasper D. Ward**
Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
502–882–6000
Fax: 502–587–2007
Email: jasper@jonesward.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy M. O'Brien**
Levin Papantonio Thomas Mitchell Rafferty &
Proctor PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850–435–7084
Fax: 850–436–6084
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis P. Lepicier**
Levin Papantonio Thomas Mitchell Rafferty &
Proctor PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
950–435–7005
Fax: 850–436–6005
Email: tlepicier@levinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Janssen Pharmaceuticals, Inc.**                    represented by   **Susan S. Wettle**
                                                                    Frost Brown Todd LLC – Louisville
                                                                    400 W. Market Street, 32nd Floor
                                                                    Louisville, KY 40202–3363
                                                                    502–568–0312
                                                                    Fax: 502–581–1087
                                                                    Email: swettle@fbtlaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson**                                represented by   **Susan S. Wettle**
*a New Jersey corporation*                                           (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Mitsubishi Tanabe Pharma Corporation**            represented by   **Susan S. Wettle**
*a Japanese corporation*                                             (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Bristol–Myers Squibb Company**                    represented by   **Ana C. Reyes**
*a Delaware corporation*                                             Williams & Connolly LLP
                                                                    725 Twelfth Street, NW
                                                                    Washington, DC 20005
                                                                    202–434–5000
                                                                    Fax: 202–434–5029
                                                                    Email: areyes@wc.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Carol D. Browning**
                                                                    Stites & Harbison, PLLC – Louisville
                                                                    400 W. Market Street, Suite 1800
                                                                    Louisville, KY 40202–3352
                                                                    502–681–0516
                                                                    Fax: 502–779–8232
                                                                    Email: cbrowning@stites.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Dane H. Butswinkas**
                                                                    Williams & Connolly LLP
                                                                    725 Twelfth Street, NW
                                                                    Washington, DC 20005
                                                                    202–434–5110

Fax: 202–434–5029
Email: dbutswinkas@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Raber**
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
202–434–5000
Fax: 202–434–5029
Email: sraber@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Whitney Frazier Watt**
Stites & Harbison, PLLC – Louisville
400 W. Market Street, Suite 1800
Louisville, KY 40202–3352
502–681–0370
Fax: 502–779–8365
Email: wwatt@stites.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Astrazeneca PLC**
*a United Kingdom corporation*

**<u>Defendant</u>**

**Astrazeneca LP**
*a Delaware corporation*

**<u>Defendant</u>**

**Astrazeneca Pharmaceuticals LP**          represented by **Ana C. Reyes**
*a Delaware corporation*                                              (See above for address)
                                                                                       *LEAD ATTORNEY*
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Carol D. Browning**
                                                                                       (See above for address)
                                                                                       *LEAD ATTORNEY*
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Dane H. Butswinkas**
                                                                                       (See above for address)
                                                                                       *LEAD ATTORNEY*
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Stephen D. Raber**
                                                                                       (See above for address)
                                                                                       *LEAD ATTORNEY*
                                                                                       *ATTORNEY TO BE NOTICED*

**Whitney Frazier Watt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Astrazenca AB**
*a Swedish corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2015 | ï̈ 1 | COMPLAINT against Astrazenca AB, Astrazeneca LP, Astrazeneca PLC, Astrazeneca Pharmaceuticals LP, Bristol–Myers Squibb Company, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mitsubishi Tanabe Pharma Corp. Filing fee $ 400, receipt number 0644–2135150; filed by Anna House. (Attachments: # 1 Cover Sheet) (JBM) (Entered: 12/22/2015) |
| 12/22/2015 | ï̈ 2 | Case Assignment (Random Selection): Case Assigned to Chief Judge Joseph H. McKinley, Jr.; Magistrate designation: Colin H. Lindsay. (JBM) (Entered: 12/22/2015) |
| 12/22/2015 | ï̈ 3 | Summons Issued as to Astrazenca AB, Astrazeneca LP, Astrazeneca PLC, Astrazeneca Pharmaceuticals LP, Bristol–Myers Squibb Company, Janssen Pharaceuticals, Inc., Johnson & Johnson, Mitsubishi Tanabe Pharma Corp.. **Counsel for Plaintiff is responsible for printing and serving the attached issued summons(es).** (Attachments: # 1 Summons AstraZeneca LP, # 2 Summons AstraZeneca Pharmaceuticals LP, # 3 Summons AstraZeneca PLC, # 4 Summons Bristol–Myers, # 5 Summons Johnson & Johnson, # 6 Summons Janssen, # 7 Summons Mitsubishi Tanabe) (JBM) (Entered: 12/22/2015) |
| 12/22/2015 | ï̈ 4 | ORDER (EBOC) by Chief Judge Joseph H. McKinley, Jr. on 12/22/2015: This action is hereby REFERRED to the Honorable COLIN H. LINDSAY, United States Magistrate Judge, for determination of nondispositive matters pursuant to Title 28, U.S.C. § 636(b)(1)(A). Said Magistrate is empowered to conduct any hearings necessary for their resolution. cc: counsel, TB (JBM) (Entered: 12/22/2015) |
| 01/07/2016 | ï̈ 5 | Summons Issued as to Astrazeneca LP. **Counsel for Plaintiff is responsible for printing and serving the attached issued summons(es).** (JBM) (Entered: 01/07/2016) |
| 01/26/2016 | ï̈ 6 | Proposed Agreed Order/Stipulation re 1 by Janssen Pharmaceuticals, Inc., Johnson & Johnson. (Wettle, Susan) (Entered: 01/26/2016) |
| 01/27/2016 | ï̈ 7 | Proposed Agreed Order/Stipulation by Astrazeneca Pharmaceuticals LP, Bristol–Myers Squibb Company. (Browning, Carol) (Entered: 01/27/2016) |
| 02/02/2016 | ï̈ 8 | AGREED ORDER by Magistrate Judge Colin H. Lindsay on 2/1/2016: Bristol–Myers Squibb Company and AstraZeneca Pharmaceuticals, LP, shall have until and including 2/29/2016, to answer or otherwise respond to the allegations in plaintiffs complaint. cc:counsel (JBM) (Entered: 02/02/2016) |
| 02/02/2016 | ï̈ 9 | AGREED ORDER by Magistrate Judge Colin H. Lindsay on 2/1/2016: Janssen Pharmaceuticals, Inc. and Johnson & Johnson have to and including 2/26/2016 to serve a responsive pleading to Plaintiff's Complaint. cc: counsel (JBM) (Entered: 02/02/2016) |
| 02/26/2016 | ï̈ 10 | MOTION to Dismiss *Complaint*, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson Responses due by 3/21/2016 (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Proposed Order Granting |

| | | |
|---|---|---|
| | | Motion to Dismiss) (Wettle, Susan) (Entered: 02/26/2016) |
| 02/26/2016 | 11 | Corporate Disclosure Statement by Janssen Pharmaceuticals, Inc., Johnson & Johnson. (Wettle, Susan) (Entered: 02/26/2016) |
| 02/29/2016 | 12 | MOTION for Anna C. Reyes to Appear Pro Hac Vice Filing fee $ 125, receipt number 0644–2172415.by Defendants Astrazeneca Pharmaceuticals LP, Bristol–Myers Squibb Company Responses due by 3/24/2016 (Attachments: # 1 Exhibit A– Affidavit of Anna C. Reyes, # 2 Proposed Order) (Watt, Whitney) (Additional attachment(s) added on 3/17/2016: # 3 Exhibit DC Certificate of Good Standing, # 4 Exhibit KY Certificate of Good Standing, # 5 Exhibit NY Certificate of Good Standing) (DJT). (Entered: 02/29/2016) |
| 02/29/2016 | 13 | Corporate Disclosure Statement by Bristol–Myers Squibb Company. (Watt, Whitney) (Entered: 02/29/2016) |
| 02/29/2016 | 14 | Corporate Disclosure Statement identifying Other Affiliate AstraZeneca AB, Other Affiliate Zeneca Inc., Other Affiliate Astra USA Inc., Other Affiliate Astra U.S. Holdings Corporation for Astrazeneca Pharmaceuticals LP. by Astrazeneca Pharmaceuticals LP. (Watt, Whitney) (Entered: 02/29/2016) |
| 02/29/2016 | 15 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Astrazeneca Pharmaceuticals LP, Bristol–Myers Squibb Company Responses due by 3/24/2016 (Attachments: # 1 Memorandum in Support OF MOTION TO DISMISS, # 2 Proposed Order GRANTING MOTION TO DISMISS) (Watt, Whitney) (Entered: 02/29/2016) |
| 03/02/2016 | 16 | MOTION for Travis P. Lepicier to Appear Pro Hac Vice Filing fee $ 125, receipt number 0644–2173427.by Plaintiff Anna House Responses due by 3/28/2016 (Attachments: # 1 Affidavit, # 2 Proposed Order) (Davis, Alex) (Additional attachment(s) added on 3/7/2016: # 3 Certificate of Good Standing) (DJT). (Entered: 03/02/2016) |
| 03/11/2016 | 17 | TEXT ORDER by Magistrate Judge Colin H. Lindsay on 3/11/2016 granting 16 Motion to Appear Pro Hac Vice by Travis P. Lepicier.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc: Counsel(TLB) (Entered: 03/11/2016) |
| 03/15/2016 | 18 | NOTICE of Deficiency re 12 Motion to Appear Pro Hac Vice,.Reason for Deficiency: Certificate of Good Standing not filed. Failure to comply will be brought to the attention of the Court. Response due by 3/29/2016. (DJT) (Entered: 03/15/2016) |
| 03/15/2016 | 19 | NOTICE of Filing Certificates of Good Standing for Ana Reyes by Astrazeneca Pharmaceuticals LP, Bristol–Myers Squibb Company (Attachments: # 1 Exhibit A – District of Columbia, # 2 Exhibit B – Kentucky, # 3 Exhibit C – New York) (Watt, Whitney) (Entered: 03/15/2016) |
| 03/16/2016 | 20 | MOTION for Stephen D. Raber to Appear Pro Hac Vice Filing fee $ 125, receipt number 0644–2183041.by Defendants Astrazeneca Pharmaceuticals LP, Bristol–Myers Squibb Company Responses due by 4/11/2016 (Attachments: # 1 Exhibit A – Certificate in Good Standing, # 2 Exhibit B – Affidavit, # 3 Proposed Order) (Watt, Whitney) (Entered: 03/16/2016) |
| 03/17/2016 | 21 | TEXT ORDER by Magistrate Judge Colin H. Lindsay on 3/17/2016 granting 12 Motion to Appear Pro Hac Vice by Anna C. Reyes.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc: Counsel(TLB) (Entered: 03/17/2016) |

| 03/18/2016 | 22 | TEXT ORDER by Magistrate Judge Colin H. Lindsay on 3/18/2016 granting 20 Motion to Appear Pro Hac Vice by Stephen D. Raber.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc: Counsel(TLB) (Entered: 03/18/2016) |
|---|---|---|
| 03/18/2016 | 23 | NOTICE of Filing Certificate of Good Standing by Anna House re 16 MOTION for Travis P. Lepicier to Appear Pro Hac Vice Filing fee $ 125, receipt number 0644–2173427. (Attachments: # 1 Exhibit Certificate of Good Standing) (Davis, Alex) (Entered: 03/18/2016) |
| 03/21/2016 | 24 | RESPONSE to Motion re 10 MOTION to Dismiss Complaint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Anna House. Replies due by 4/7/2016. (Attachments: # 1 Proposed Order) (Davis, Alex) (Entered: 03/21/2016) |
| 03/23/2016 | 25 | MOTION for Dane H. Butswinkas to Appear Pro Hac Vice Filing fee $ 125, receipt number 0644–2187097.by Defendants Astrazeneca Pharmaceuticals LP, Bristol–Myers Squibb Company Responses due by 4/18/2016 (Attachments: # 1 Exhibit A – Certificate in Good Standing, # 2 Exhibit B – Affidavit, # 3 Proposed Order) (Watt, Whitney) (Entered: 03/23/2016) |
| 03/24/2016 | 26 | RESPONSE to Motion re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Anna House. Replies due by 4/11/2016. (Attachments: # 1 Proposed Order) (Davis, Alex) (Entered: 03/24/2016) |
| 03/28/2016 | 27 | MOTION to Dismiss by Defendant Mitsubishi Tanabe Pharma Corp. Responses due by 4/21/2016 (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Proposed Order) (Wettle, Susan) (Entered: 03/28/2016) |
| 03/28/2016 | 28 | TEXT ORDER by Magistrate Judge Colin H. Lindsay on 3/28/2016 granting 25 Motion to Appear Pro Hac Vice for Dane H. Butswinkas.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc: Counsel(TLB) (Entered: 03/28/2016) |
| 03/30/2016 | 29 | Joint REPORT of Rule 26(f) Planning Meeting by Janssen Pharmaceuticals, Inc., Johnson & Johnson. (Wettle, Susan) (Entered: 03/30/2016) |
| 04/07/2016 | 30 | REPLY to Response to Motion re 10 MOTION to Dismiss Complaint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Janssen Pharmaceuticals, Inc., Johnson & Johnson. (Wettle, Susan) (Entered: 04/07/2016) |
| 04/11/2016 | 31 | REPLY to Response to Motion re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Astrazeneca Pharmaceuticals LP, Bristol–Myers Squibb Company. (Watt, Whitney) (Entered: 04/11/2016) |
| 04/21/2016 | 32 | RESPONSE to Motion re 27 MOTION to Dismiss filed by Anna House. Replies due by 5/9/2016. (Lepicier, Travis) (Entered: 04/21/2016) |
| 04/27/2016 | 33 | MOTION for Timothy M. O'Brien to Appear Pro Hac Vice Filing fee $ 125, receipt number 0644–2209226.by Plaintiff Anna House Responses due by 5/23/2016 (Attachments: # 1 Affidavit, # 2 Proposed Order, # 3 Exhibit Certificate of Good Standing) (Davis, Alex) (Entered: 04/27/2016) |
| 05/03/2016 | 34 | TEXT ORDER by Magistrate Judge Colin H. Lindsay on 5/3/2016 granting 33 Motion to Appear Pro Hac Vice by Timothy M. O'Brien.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached. |

| | | cc: Counsel(TLB) (Entered: 05/03/2016) |
|---|---|---|
| 05/09/2016 | 35 | Corporate Disclosure Statement by Mitsubishi Tanabe Pharma Corp.. (Wettle, Susan) (Entered: 05/09/2016) |
| 05/09/2016 | 36 | REPLY to Response to Motion re 27 MOTION to Dismiss *in Support of Motion to Dismiss* filed by Mitsubishi Tanabe Pharma Corp.. (Attachments: # 1 Exhibit A – Order in Brazil v. Janssen Research & Dev.) (Wettle, Susan) (Main Document 36 replaced on 5/9/2016) (MLG). (Entered: 05/09/2016) |
| 05/09/2016 | 37 | NOTICE OF DOCKET CORRECTION Re:PDF Error: INCORRECT document attached to docket entry by efiler re: 36 Reply to Response to Motion ; Correct document attached to this entry. (Wettle, Susan) (Entered: 05/09/2016) |
| 08/02/2016 | 38 | NOTICE *of Supp. Authority ISO Motions to Dismiss* by Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mitsubishi Tanabe Pharma Corporation re 10 MOTION to Dismiss *Complaint* MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 27 MOTION to Dismiss (Attachments: # 1 Exhibit A – Fleming v. Janssen Pharmaceuticals, Inc., # 2 Exhibit B – Brazil v. Janssen Research & Development, # 3 Exhibit C – Collie Order) (Wettle, Susan) (Entered: 08/02/2016) |
| 09/23/2016 | 39 | NOTICE OF MOTION TO TRANSFER filed with the MDL by Plaintiffs. (Attachments: # 1 CD– filed conventionally and maintained in the Clerks Office) (JBM) (Entered: 09/28/2016) |
| 09/23/2016 | 40 | NOTICE FILED WITH THE MDL of Proof of Service and Schedule of Actions by plaintiffs. (Attachments: # 1 Schedule of Actions) (JBM) (Entered: 09/28/2016) |
| 09/27/2016 | 41 | NOTICE OF MOTION FILED WITH THE MDL (second mailing) by Plaintiffs re (39 in 3:15–cv–00894–JHM–CHL, 28 in 3:16–cv–00107–JHM–DW) (Attachments: # 1 Amended and Corrected Proof of Service) (JBM) (Entered: 09/28/2016) |
| 10/19/2016 | 42 | NOTICE of Hearing Session re: MDL 2750 (MLG) (Entered: 10/19/2016) |
| 12/13/2016 | 43 | TRANSFER ORDER from New Jersey pursuant to 28:1407 re:MDL 2750 (MLG) (Entered: 12/13/2016) |