UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2750 Master Docket No. 3:16-md-2750 |
| THIS DOCUMENT RELATES TO | : : : | JUDGE BRIAN R. MARTINOTTI JUDGE LOIS H. GOODMAN |
| Anna House           16-cv-09213 | : | |

_____

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT MITSUBISHI TANABE PHARMA CORP. ONLY**

TO THE CLERK OF THE COURT:

Plaintiffs, by and through undersigned counsel, and pursuant to Case Management Order No.7, hereby voluntarily dismiss Defendant Mitsubishi Tanabe Pharma Corp. only from the above-captioned actions in the Invokana (Canagliflozin) Products Liability Litigation, MDL 2750, without prejudice.

RESPECTFULLY SUBMITTED,

Dated:  06/08/2017                    /s/ *Mallory J. Mangold*___
                                                   *Attorney for Plaintiff*

Timothy M. O'Brien, Esq. (FL Bar No. 055565)
Mallory J. Mangold, Esq. (AL Bar No. 0121-U71T)
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, 6th Floor
Pensacola, FL 32502
850-435-7084
850-436-6084 (fax)
tobrien@levinlaw.com
mmangold@levinlaw.com
*Attorneys for Plaintiffs*

1