## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) | : | MDL NO. 2750 |
| PRODUCTS LIABILITY LITIGATION | : | Master Docket No. 3:16-md-2750 |
| | : | |
| Anna House, | : | JUDGE BRIAN R. MARTINOTTI |
| | : | JUDGE LOIS H. GOODMAN |
| Plaintiff(s), | : | |
| | : | DIRECT FILED COMPLAINT |
| vs. | : | PURSUANT TO CASE MANAGEMENT |
| | : | ORDER NO. 4 |
| Janssen Pharmaceuticals Inc., | : | |
| Janssen Research & Development LLC, | : | Civil Action No.: 3:16-cv-09213-BRM-LHG |
| Johnson & Johnson, Janssen Ortho LLC | : | |
| | : | |
| Defendants. | : | |
| | : | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned case, Anna House, and the above-named Defendants, Janssen Pharmaceuticals, et al., through their respective undersigned counsel, that this case is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a).  Each party is to bear its own costs and attorneys' fees.

LEVIN, PAPANTONIO, THOMAS
MITCHELL, RAFFERTY & PROCTOR,
P.A.

DRINKER BIDDLE & REATH LLP

BY:     s/ Thomas A. Taylor_____
THOMAS A. TAYLOR
Levin, Papantonio, Thomas,
Mitchell Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7000

BY:     s/ Michael C. Zogby_____
MICHAEL C. ZOGBY
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
(973) 549-7000

*Attorney for Plaintiff*

*Attorney for Defendants*

SO ORDERED.

Date:    _____

_____
HON. BRIAN MARTINOTTI